1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

10

MELKEAN A. HUFF,

Petitioner,

11
12

v.

13

T. JOHNSON, Warden,

14

Respondent.

15
16

Case No. 2:23-cv-04831-GW-SSC

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY**

17   Pursuant to 28 U.S.C. § 636 the Court has reviewed the petition,
18 all of the records herein, and the Report and Recommendation of United
19 States Magistrate Judge to which no objections were filed.  The Court
20 accepts the findings and conclusions of the Magistrate Judge in the
21 Report and Recommendation.

22   IT IS ORDERED that judgment be entered denying the petition
23 and dismissing this action with prejudice.

24   Further, the Court finds that Petitioner has not made a
25 substantial showing of the denial of a constitutional right or that the
26 court erred in its procedural ruling and, therefore, a certificate of
27 appealability will not issue in this action.  *See* 28 U.S.C. § 2253(c)(2);

28

Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

DATED: August 6, 2025

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE