UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELKEAN A. HUFF,<br><br>　　　　　　　Petitioner,<br><br>　　　v.<br><br>T. JOHNSON, Warden,<br><br>　　　　　　　Respondent. | Case No. 2:23-cv-04831-GW-SSC<br><br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATED: August 6, 2025

　　　　　　　　　　　　　　　　　　　　／s／ George H. Wu
　　　　　　　　　　　　　　　　　　　HONORABLE GEORGE H. WU
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE